DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |
|---|---|
| RAY EMMANUEL MATEO; et al. _____ *Plaintiff(s)* v. EMPIRE GAS COMPANY, INC.; et al. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  13-cv-01762-JAG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LLOYDS UNDERWRITERS INSURANCE COMPANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HATUEY INFANTE-CASTELLANOS, ESQ.
HATUEY INFANTE LAW OFFICES, P.S.C.
PO BOX 12014
SAN JUAN, PR 00914

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: ___OCT - 9 2013___

Rafael Calderón
Deputy Clerk

_____
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Rene Duvieux Rodriguez (emplazador)_.

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Lic. Frances Cuartes_, who is

designated by law to accept service of process on behalf of *(name of organization)* _Oficina del comisionado_

_de Seguros._ on *(date)* _8/10/2013_ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
_Lloyds underwriters Insurance Company_

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _8/10/2013_

_____
Server's signature

_Emplazador_
Printed name and title

_Puerto Nuevo Delta 1367 San Juan P.R. 00920_
Server's address

Additional information regarding attempted service, etc: